IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY LEWIS JONES,<br><br>    Petitioner,<br><br>vs.<br><br>WASCO STATE PRISON, et al.,<br><br>    Respondent. | 1:05-CV-050361-AWI-SMS-HC<br><br>SECOND ORDER TO SUBMIT CERTIFIED COPY OF PRISON TRUST ACCOUNT STATEMENT **OR** PAY FILING FEE |

    Petitioner, a state prisoner proceeding pro se, is proceeding with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On April 4, 2005, the court ordered petitioner to pay the $5.00 filing fee, or in the alternative, to submit a completed application to proceed in forma pauperis and a certified copy of his prison trust account statement. See 28 U.S.C. § 1915. On April 28, 2005, petitioner filed a completed application. However, petitioner has not filed a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the petition. See 28 U.S.C. § 1915(a)(2). Petitioner will be

1   provided the opportunity to submit a certified copy of his trust account statement in support of
2   his request to proceed in forma pauperis, **or** pay the $5.00 filing fee.
3           In accordance with the above, IT IS HEREBY ORDERED that within thirty days
4   of the date of service of this order, petitioner shall submit a certified copy of his prison trust
5   account statement for the six month period immediately preceding the filing of the petition, or in
6   the alternative, pay the $5.00 filing fee for this action.  Failure to comply with this order will
7   result in a recommendation that this action be dismissed.
8   IT IS SO ORDERED.
9   **Dated:    May 11, 2005**                    /s/ Sandra M. Snyder
    23ehd0                                       UNITED STATES MAGISTRATE JUDGE