1

2

3

4

5

6

7

8                                    UNITED STATES DISTRICT COURT

9                                    EASTERN DISTRICT OF CALIFORNIA

10

11    TIMOTHY LEWIS JONES,                   )          1:05-CV-361-AWI-SMS-HC
                                             )
12           Petitioner,                     )          ORDER DENYING MOTION FOR
                                             )          APPOINTMENT OF COUNSEL
13           v.                              )          (DOCUMENT #5)
                                             )
14    WASCO STATE PRISON, et al.,            )
                                             )
15                                           )
             Respondent.                     )
16    _____)

17           Petitioner has requested the appointment of counsel.  There currently exists no absolute

18    right to appointment of counsel in habeas proceedings.  See e.g., Anderson v. Heinze, 258 F.2d

19    479, 481 (9th Cir.), cert. denied, 358 U.S. 889 (1958); Mitchell v. Wyrick, 727 F.2d 773 (8th Cir.),

20    cert. denied, 469 U.S. 823 (1984).  However, Title 18 U.S.C. § 3006A authorizes the appointment

21    of counsel at any stage of the case "if the interests of justice so require."  See Rule 8(c), Rules

22    Governing Section 2254 Cases.  In the present case, the court does not find that the interests of

23    justice would be served by the appointment of counsel at the present time.  Accordingly, IT IS

24    HEREBY ORDERED that petitioner's request for appointment of counsel is denied.

25    IT IS SO ORDERED.

26    **Dated:    May 11, 2005**                       **/s/ Sandra M. Snyder**
      23ehd0                                    UNITED STATES MAGISTRATE JUDGE

27

28